NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-14-0001106
22-JAN-2015
08:17 AM**

NO. CAAP-14-0001106

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

KEHAULANI MUNOS, Plaintiff-Appellant,
v.
JOY MADEMBA-SY YANAGIDA, JEAN-CLAUDE MADEMBA-SY,
Defendants-Appellees,
and
DOE DEFENDANTS 1-100, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 14-1-0341(1))

ORDER APPROVING THE JANUARY 12, 2015
STIPULATION FOR DISMISSAL WITH PREJUDICE
(By: Foley, Presiding Judge, Leonard and Ginoza, JJ.)

Upon consideration of the Stipulation for Dismissal With Prejudice of Plaintiff-Appellant Kehaulani Munos' Appeal Filed September 8, 2014, filed January 12, 2015, by Defendants-Appellees Joy Mademba-Sy Yanagida and Jean-Claude Mademba-Sy, and the record, it appears that: (1) the stipulation is dated and signed by counsel for all parties; (2) the parties seek dismissal of the appeal with prejudice, pursuant to Hawaiʻi Rules of Appellate Procedure Rule 42(b); and (3) the parties agree to bear their own costs and fees on appeal.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved and the appeal is dismissed with prejudice. The parties shall bear their own appellate costs and attorney's fees.

DATED: Honolulu, Hawai‘i, January 22, 2015.

Presiding Judge

Associate Judge

Associate Judge